# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Michael Cheatom**                    **Docket Nos. 01-00088-001 and 01-00146-001**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Cheatom, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 15th day of March 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

• The defendant shall pay a $100 special assessment.
• The defendant shall participate in a program of testing and treatment, if necessary, for drug abuse.

03-15-02:    Receipt of Firearm by a Person Under Indictment; 51 months' imprisonment followed by 3 years' supervised release.
08-12-08:    Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington.
02-20-09:    Placed on home detention for 4 months; Currently supervised by U.S. Probation Officer John Kuklar.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

### The defendant shall not commit another Federal, state or local crime:

Your Petitioner reports that the supervised releasee was arrested by the Pittsburgh Police on May 20, 2009, and charged with Carrying a Firearm Without a License, Fleeing or Attempting to Elude Police Officers, Persons Not to Possess, Use, Manufacture, Control, Sell or Transfer Firearms and traffic offenses. The supervised releasee is presently being detained in the Allegheny County Jail.

PRAYING THAT THE COURT WILL ORDER that a warrant for the arrest of the supervised releasee be issued and lodged as a detainer at the Allegheny County Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 21, 2009

ORDER OF COURT

Considered and ordered this __21__ day of __May__, 20__09__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh, PA